# Exhibit A

| | |
|---|---|
| s p re a d | 1195418308@qq.com |
| Little Onll | 121346540@qq.com |
| Phai yyy | 1256104901@qq.com |
| lusi supermarket | 13110567977@163.com |
| Lochu | 1356026366@qq.COM |
| PZHHH BABY | 13711235235@163.com |
| RZJYB Home Decoration | 13799727311@139.com |
| Serene blanket | 13860352506@163.com |
| Shape of You Case | 15008023601@163.com |
| ModePrime | 1511576628@qq.com |
| Ordinary Phone Case | 15501896125@163.com |
| Smooth blanket | 15505937831@163.com |
| LittleLu Department | 15973024976@163.com |
| Nap Trap | 17389784002@163.com |
| M a gn | 17538998548@163.com |
| Rakbat US | 17795866976@163.com |
| rich baby case | 18420388007@163.com |
| Love Home DIY | 18559797757@163.com |
| Little Home DIY | 18559797757@163.com |
| LNT Fcustom | 18850707925@163.com |
| WEHUSE | 190538464@qq.com |
| SHUNGAXINGSAN | 196116885@qq.com |
| Pistachio Sticker | 19865016717@163.com |
| LiuAALiu | 2362593998@qq.com |
| Neo Streets | 252366310@qq.com |
| Peace Diy Cu | 2602468850@qq.com |
| NGS Jewelry | 2687869941@qq.com |
| QDIY Factory Design | 274269843@qq.com |
| PENGWWYY | 276811214@qq.com |
| LUCKYCASEBD | 285864924@qq.com |
| LinWeiLiSpuer | 2949919760@qq.com |
| Peter Xiong | 343022450@qq.com |
| Peter Art | 343022450@qq.com |
| LLw brooch | 3445680400@qq.com |
| Nany badge III | 3610213169@qq.com |
| Nany badge II | 3610213169@qq.com |
| Miss Lius canvas painting | 366471440@qq.com |
| Pang Pain Ting | 369490595@qq.com |
| Printed Cover | 375633634@qq.com |
| Little Evening Kids | 3767583630@qq.com |
| QIPENGSM | 3859223753@qq.com |
| Own Lane | 3871664094@qq.com |
| Ri shang | 3971887556@qq.com |

| | |
|---|---|
| luoliedu | 39912308@qq.com |
| MuXi Guan | 493618909@qq.com |
| Modish Maket | 506633534@qq.com |
| SBDMBHZQ | 510144039@qq.com |
| Snazzy | 529130713@qq.com |
| LqbestHats | 529130713@qq.com |
| Pixie Kid | 669474778@qq.com |
| PhonCaseHub | 695459814@qq.com |
| MY DOLPHIN | 728613099@qq.com |
| SeaBlanket | 737578507@qq.com |
| Phylv | 787364025@qq.com |
| ShellPulsePhone Cases | 804235517@qq.com |
| NengQ | 815349631@qq.com |
| PetiteFleur | 823877010@qq.com |
| Shengjie Business | 835411715@qq.com |
| Nuo dodo | 852687762@qq.com |
| Morning Sun Apparel | 872017113@qq.com |
| P Diy Expert Diy | 875218982@qq.com |
| Wclouds | 877531498@qq.com |
| Magic Shell Digital | 919145825@qq.com |
| Rosebush oone | 964659962@qq.com |
| Shunteng Trading | a15794040438@qq.com |
| OY Art Canvas Painting | A19748171898@163.com |
| Liu Jia nan Canvas painting | asuki880@foxmail.com |
| MJDCASEE | easy09091@163.com |
| MJDCASEEB | easy09091@163.com |
| OnSea Case | eiy5bf@163.com |
| NiuZi-cao | erdaikachen2021@aliyun.com |
| SHINEMYWAY | geofferyzhu@outlook.com |
| MaiweisiTO | goodxuechun02@163.com |
| QuanCheng | gzquancheng@outlook.com |
| MAXRICH | hqtc001@163.com |
| Lujo Kids | i2680954689@163.com |
| MY PhoneCase | jinjing6316@163.com |
| Shopping Centers CC | jinjinggang391371@163.com |
| Shopping Centers AA | jinjinggang391371@163.com |
| Sarah P | liuhz1217@sina.com |
| LOVE CASES | lsjlxx1985@163.com |
| Love And Peace Trendy Brooch | luck_6989@qq.com |
| Mafen School Bags B | maofengbags01@163.com |
| MobilePhone Case | mike201505@qq.com |
| New location smooth | mjhue54848@163.com |

| | |
|---|---|
| shanxizhongzhihuaxingshangmaoyouxiangongsi | msj3428@outlook.com |
| PXPENGP | opmcvrc@163.com |
| MULIN pop | qiaokun1998@163.com |
| Qiwen Co., Ltd. | qiwencoltd@outlook.com |
| Shellegance | QP1015Dongqiu@163.com |
| XoLian | qytigftjn@outlook.com |
| Xingtai Trading Co.Ltd. | rvj7l6@163.com |
| wanlin0512_6 | wanlin0512@sina.com |
| PORSMEER WIG | wuroujun@outlook.com |
| XLJ | xinglijuan9688@163.com |
| Luxe clat Couture | xingyupeng2026@163.com |
| Peace Diy Scarf | ygljiaju1@163.com |
| MYYH | yhcos@sina.com |
| OFJFMSEJKF | zdpqqv@163.com |
| Nette Hllen Box | zoumeimei2003@outlook.com |
| | weigudavid@ip-defense.com; lyon.dong@ip-defense.com; settlement@ip-defense.com; tianyi@ip-defense.com; robertlaw@trolaw.net |
| | dane.cloudraker@qq.com |
| | haoyichen@archlakelaw.com |